No. 02–10767.  McGRATH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–10770.  CASTILLO-PEREZ v. UNITED STATES (Reported below: 61 Fed. Appx. 920); DURAN-RIVAS v. UNITED STATES (61 Fed. Appx. 922); GABARETE-GUARDADO v. UNITED STATES (67 Fed. Appx. 246); GUILLEN-SEGURA v. UNITED STATES (61 Fed. Appx. 921); HERNANDEZ-SANTIAGO v. UNITED STATES (61 Fed. Appx. 920); IRAHETA-BARRERA, AKA DIAZ-HERNANDEZ v. UNITED STATES (61 Fed. Appx. 920); JIMENEZ-AGUILERA v. UNITED STATES (61 Fed. Appx. 921); LANZA-CHAN v. UNITED STATES (61 Fed. Appx. 921); LOPEZ-GUZMAN v. UNITED STATES (67 Fed. Appx. 247); LOPEZ-SALAS v. UNITED STATES (61 Fed. Appx. 921); ORTIZ-ZACARIAS v. UNITED STATES (61 Fed. Appx. 920); CARLOS RIVERA v. UNITED STATES (61 Fed. Appx. 920); RODRIGUEZ v. UNITED STATES (67 Fed. Appx. 246); SANCHEZ-QUIJANO v. UNITED STATES (61 Fed. Appx. 920); SANCHEZ-RAMOS v. UNITED STATES (67 Fed. Appx. 246); SERVIN-MENDEZ v. UNITED STATES (61 Fed. Appx. 920); MEDELLIN TOVIAS v. UNITED STATES (61 Fed. Appx. 921); ZAMORA-RAMIREZ v. UNITED STATES (61 Fed. Appx. 921); BOLANOS-MORALES v. UNITED STATES (61 Fed. Appx. 920); and TERMINEL-BARRIOS v. UNITED STATES (67 Fed. Appx. 246).  C. A. 5th Cir.  Certiorari denied.

No. 02–10774.  BELTRAN-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 02–10780.  KENNEDY v. MENDEZ, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 02–10797.  ALVA-OTOYA v. UNITED STATES (Reported below: 61 Fed. Appx. 920); AVILA-AGUILAR v. UNITED STATES (61 Fed. Appx. 921); CASTILLO-ROSALES, AKA CASTILLO v. UNITED STATES (61 Fed. Appx. 920); MAURICIO CONTRERAS v. UNITED STATES (61 Fed. Appx. 920); GARCIA-SANDOVAL v. UNITED STATES (61 Fed. Appx. 920); HERRERA-MUNIZ v. UNITED STATES (61 Fed. Appx. 922); MIRELES-HERNANDEZ v. UNITED STATES (61 Fed. Appx. 921); MUNDO-JIMENEZ v. UNITED STATES (61 Fed. Appx. 921); RAMIREZ-SOSA v. UNITED STATES (61 Fed. Appx. 921); RIOS-GARCIA v. UNITED STATES (61 Fed. Appx. 920); RUIZ-LOPEZ v. UNITED STATES (61 Fed. Appx. 921); SANCHEZ-LEDEZMA v. UNITED STATES (61 Fed. Appx. 921); RODRIGUEZ-CASTILLO v.

UNITED STATES (64 Fed. Appx. 416); MORENO-CASTILLO *v.* UNITED STATES (67 Fed. Appx. 246); and URAPO-PACHECO *v.* UNITED STATES (67 Fed. Appx. 245). C. A. 5th Cir. Certiorari denied.

No. 02–10799. AKANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10802. WEEKS *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 02–10805. MATHIESON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10812. PENA ROSARIO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10813. PURCELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10835. CLAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10836. VAUGHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10843. TURNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10845. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10851. OLIVER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10852. O'LESKA *v.* WHITE, SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied.

No. 02–10857. SANCHEZ-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10860. HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.